UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BLUE MOON MEDIA GROUP, INC.,

                                           Plaintiff,

-against-                                               **AFFIDAVIT OF SERVICE**
                                                                     CV-08-1000 (DRH) (AKT)

PATRICIA FIELD,

                                           Defendant.

---

COUNTY OF ALBANY  SS:
STATE OF NEW YORK

Denise L. Dooley being duly sworn, deposes and says that she is over the age of eighteen years, is not a party to this action and is a resident of New York State.

That on the 3rd day of June, 2010, at approximately 2:30 pm., at the office of Secretary of State, of the State of New York, in the City of Albany, New York, deponent served the Judge's Order, upon **BLUE MOON MEDIA GROUP INC.,** by delivering to and leaving with Donna Christie an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306, of the Business Corporation Law.

Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Donna Christie is a white female, approximately 37 years of age, stands approximately 5 feet 3 inches tall, weights approximately 140 pounds with blonde hair

                                                                           Denise L. Dooley

Sworn to before me
this 3rd day of June, 2010.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010