UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BLUE MOON MEDIA GROUP, INC.,

                               Plaintiff,

             -against-

PATRICIA FIELD,

                              Defendant.

**ECF CASE**

No. CV-08-1000 (DRH) (AKT)

**DECLARATION OF
EMILY ABRAHAMS**

---

        EMILY ABRAHAMS, an attorney duly admitted to practice before this Court, affirms under penalty of perjury that:

        1. I am an attorney of the law firm of Chadbourne & Parke LLP ("Chadbourne"), attorneys for defendant Patricia Field ("Defendant"). I am fully familiar with the facts set forth in this declaration and make each statement contained in this declaration based upon my own personal knowledge.

        2. I submit this declaration in connection with Defendant's Submission In Support Of An Award Of Damages ordered by the Honorable A. Kathleen Tomlinson, U.S.M.J. on April 24, 2010 and June 2, 2010, and as set forth in the March 31, 2010 Report and Recommendation.

        3. A true and correct copy of this Court's March 31, 2010 Report and Recommendation is attached hereto as Exhibit 1.

        4. A true and correct copy of this Court's April 21, 2010 Order is attached hereto as Exhibit 2.

5. A compilation of unreported cases cited in Defendant's Submission In Support Of An Award Of Damages is attached hereto as Exhibit 3.

6. Defendant's Witness List is attached hereto as Exhibit 4.

7. Pursuant to 17 U.S.C. § 505, Defendant is entitled, at the Court's discretion, to an award of attorney's fees and costs. The value of the legal services provided by Chadbourne to Defendant as of June 17, 2010 for the prosecution of her copyright claims is $150,408.00. A Detailed Billing Memo reflecting the fees relating to the advancement of Defendant's copyright claims is attached hereto as Exhibit 5.

8. Chadbourne represents Defendant on a <u>pro bono</u> basis. Upon an award of attorneys' fees or costs in a <u>pro bono</u> matter, that award is donated to the Chadbourne & Parke Foundation (the "Foundation"), which was created in 2001 to assist the victims of the terrorist attacks on the World Trade Center. The Foundation continues to be used today to further the firm's charitable activities.

WHEREFORE, in light of the foregoing, it is respectfully requested that the Court award Defendant damages in an amount not less than $126,476, attorney's fees in an amount not less than $150,408.00, and such other and further relief as this Court deems just and proper.

Dated: New York, New York
June 17, 2010

/s/ Emily Abrahams
Emily Abrahams